**Dennis MILLER, Plaintiff—Appellant,**

v.

**Herb JACKSON, Superintendent of the Brown Creek Correctional Institution; Edgar Terry, Food Service Manager at Brown Creek Correctional Institution; Ms. Herring, Food Service Supervisor**

at Brown Creek Correctional Institution; Boyd Bennett, Director of North Carolina Department of Corrections; Randall Lee, Superintendent of the Caledonia Correctional Institution; Wiley Phillips, Food Service Supervisor at Caledonia Correctional Institution; Six Unknown Agents, employed as Food Service Officials, Superintendents, etc. with the North Carolina Department of Corrections, in their individual and official capacities, Defendants—Appellees.

No. 05–7323.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 16, 2005.

Decided Jan. 9, 2006.

Dennis Miller, Appellant Pro Se.

Before LUTTIG, WILLIAMS, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dennis Miller appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint as frivolous. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Miller v. Jackson,* No. CA–05–300–MU–3 (W.D.N.C. filed July 7, 2005 & entered July 8, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*